# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANQING HUO, <br>     Plaintiff, <br> v. <br> SYNCHRONY BANK, HORIZON GROUP XXVII, LLC, <br>     Defendants. | Case No.: 1:19-cv-03881 <br><br> Honorable Sharon Johnson Coleman |

## PLAINTIFF'S EMERGNENCY MOTION TO RESTRICT ACCESS TO DOCKET # 52

NOW COMES Plaintiff Danqing Huo, by and through her counsel, and requests this Court to Order the Clerk of the Court to restrict ECF access to Plaintiff's Motion For Dismissal With Prejudice (Docket # 52), which accidentally includes confidential terms of the settlement agreement entered in good faith between Plaintiff and Defendant Synchrony Bank. Plaintiff's counsel takes steps in contacting the Court's clerk and chamber in an effort to limit the degree of this disclosure.

DATED: May 29, 2020

Respectfully submitted,

By:   /s/Jingfeng Song
      Jingfeng Song
      Counsel for Plaintiff

      Jingfeng Song (Atty. No.: 6308162)
      SciNova IP and Regulatory Consulting LLC
      840 S Northwest Hwy Suite 204
      Barrington, IL 60010

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed Plaintiff's Emergency Motion to Restrict Access to Docket #52 with the Clerk of the Court, copies of which are served upon all counsels of record through the Court's CM/ECF filing system.

By: */s/Jingfeng Song*
Jingfeng Song
Counsel for Plaintiff