# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DANQING HUO,

    Plaintiff,

v.

SYNCHRONY BANK, HORIZON GROUP XXVII, LLC,

    Defendants.

Case No.: 1:19-cv-03881

Honorable Sharon Johnson Coleman

## PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE

In consideration of a negotiated settlement with Defendant Synchrony Bank, Plaintiff Danqing Huo pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the court enter an order to dismiss this action between both parties, including all claims herein against Defendant Synchrony Bank, with each party to bear its own attorney's fees and costs.

DATED: June 29, 2020

Respectfully submitted,

By: */s/Jingfeng Song*
Jingfeng Song
Counsel for Plaintiff

Jingfeng Song (Atty. No.: 6308162)
SciNova IP and Regulatory Consulting LLC
840 S Northwest Hwy Suite 204
Barrington, IL 60010

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed Plaintiff's Request for Dismissal with Prejudice with the Clerk of the Court, copies of which are served upon all counsels of record through the Court's CM/ECF filing system.

By: */s/Jingfeng Song*
Jingfeng Song
Counsel for Plaintiff